IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Monroe Roosevelt Parker, Jr.<br>Appellant | * | |
| | * | |
| vs. | | Civil Action No.   WMN-11-1044 |
| | * | |
| Daniel L. Rosenthal, et al<br>Appellee(s) | * | |

******

**ORDER**

Appellant(s) having failed to file with the Clerk and serve on the appellee(s) a designation of the items to be included in the record on appeal and a statement of the issues to be presented within fourteen (14) days after filing the notice of appeal as required by Bankruptcy Rule 8006, it is, this 25th day of April 2011,

ORDERED that appellant(s) show cause within fourteen (14) days of the date of this order why this appeal should not be dismissed.  Failure to show good cause within fourteen (14) days of the date of this order shall result in this court making a finding that the failure to comply with Bankruptcy Rule 8006 was negligent and that any further delay in prosecuting this appeal will be prejudicial to appellee(s) and to the orderly and expeditious management of the affairs of the Bankruptcy Court.

/s/

_____
William N. Nickerson
Senior United States District Judge

Bankruptcy Appeal – Show Cause Failure to Designate Record (Rev. 05/2010)