```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND

MONROE R. PARKER, JR.            *
                                 *
        v.                       *   Civil Action WMN-11-1044
                                 *
DANIEL L. ROSENTHAL, et al.      *

    *    *    *    *    *    *    *    *    *    *    *    *
```

## ORDER

Appellant, appearing pro se, filed with this Court a notice of appeal from the United States Bankruptcy Court on April 5, 2011.  He did not, however, file a designation of the items to be included in the record on appeal or a sufficient statement of the issues presented within fourteen days thereafter, as he was required to do by Bankruptcy Rule 8006.

Consequently, this Court entered an Order on April 25, 2011, requiring Appellant to show cause within fourteen days why his appeal should not be dismissed.  The Order further advised that a failure to show cause would result in a finding that his failure to comply with Bankruptcy Rule 8006 was negligent and that any further delay in prosecuting his appeal would be prejudicial to Appellees.  Since then, Appellant has neither responded to the Court's Order to show cause, nor made any further contact with the Court nor effort to prosecute his appeal.  Thus, consistent with this Court's earlier Order, his appeal will be dismissed.

For the foregoing reasons, it is this 18th day of July, 2011, by the United States District Court for the District of Maryland, ORDERED:

1. That this case is hereby DISMISSED in its entirety;

2. That this action is hereby CLOSED; and

3. That the Clerk of the Court shall transmit a copy of this Memorandum and Order to Appellant and to all counsel of record.

                                             /s/
                               William M. Nickerson
                               Senior United States District Judge